AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America <br> v. <br> Edwin Jonathan Rodriguez <br> DOB: ▆▆▆▆▆ <br><br> *Defendant(s)* | ) ) ) ) ) ) Case: 1:25-mj-00158 <br> Assigned To: Judge Upadhyaya. Moxila A. <br> Assign. Date: 8/21/2025 <br> Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 19, 2025 _____ in the county of _____ Washington _____ in the _____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(c)(1)(A)(i) | Using, Carrying, and Possessing a Firearm in Furtherance of a Crime of Violence or a Drug Trafficking Offense |
| 21 U.S.C. § 841(a)(1) | Unlawful Possession with Intent to Distribute Marijuana |
| 21 U.S.C. § 841(b)(1)(D) | Unlawful Possession with Intent to Distribute Marijuana |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Officer Jeffrey Clermont, MPD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 08/22/2025 _____

_____
*Judge's signature*

City and state: _____ Washington, DC _____

Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*