AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 8:46 am, Aug 22, 2025

United States of America
v.
Edwin Jonathan Rodriguez

)
)
)
)
)
)

Case: 1:25-mj-00158
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 8/21/2025
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Edwin Jonathan Rodriguez                                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 924(c)(1)(A)(i) - Using, Carrying, and Possessing a Firearm in Furtherance of a Crime of Violence or a Drug Trafficking Offense

21 U.S.C. § 841(a)(1) - Unlawful Possession with Intent to Distribute Marijuana

21 U.S.C. § 841(b)(1)(D) - Unlawful Possession with Intent to Distribute Marijuana

Date:  08/21/2025

*Issuing officer's signature*

City and state:  Washington, DC

Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/22/2025, and the person was arrested on *(date)* 08/22/2025
at *(city and state)* Washington DC

Date: 08/22/2025

*Arresting officer's signature*

Kenneth Keh
*Printed name and title*