IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **25-mj-158 (MAU)** |
| | : | |
| | : | |
| **v.** | : | **PRELIMINARY HEARING: 10/03/25** |
| | : | |
| | : | |
| **EDWIN RODRIGUEZ,** | : | |
| **Defendant** | : | |

### DEFENDANT'S MOTION FOR OUT OF STATE TRAVEL

Defendant Edwin Rodriguez, by and through undersigned counsel, respectfully requests that this Honorable Court permit the defendant to travel out of state to Kissimmee, Florida from September 26 at approximately 10:00 pm to return on October 1, 2025 at 11:00 pm. In support of this Motion, undersigned states as follows:

1. Mr. Rodriguez has no prior criminal history and was released on GPS monitoring by Magistrate Judge Harvey on August 27, 2025.

2. Mr. Rodriguez has had travel plans scheduled with his girlfriend and her family since approximately one month prior to his arrest.

3. Mr. Rodriguez requested permission to travel from his pretrial services officer on September 4, 2025.

4. Pretrial Services Officer Shania Fennell contacted undersigned and government counsel about the request on or about September 4, 2025 and stated:

"As Mr. Rodriguez is currently on curfew, PSA is unable to approve this travel request. The decision must be made by the court. PSA will refrain from making any recommendations regarding the approval or denial of his travel request and will defer to the court. Additionally, I have informed Mr. Rodriguez that his attorney will need to contact the government to ascertain whether they oppose the travel and should file a motion requesting the travel authorization."

1

5. Undersigned counsel intended to make this request sooner but has failed to do so for two reasons. First, undersigned reached out to the Assistant United States Attorney on the case hoping to get the government's consent on September 19, 2025, and the government informed undersigned today it has still not received a decision from its supervisor.

6. In addition, undersigned tested positive for COVID on Monday September 21, 2025 and has been out of office. Undersigned apologizes for the last-minute nature of this request, which is not the fault of Mr. Rodriguez, who sought permission about three weeks ago.

7. Mr. Rodriguez's travel itinerary is as follows:

- Departure: Friday, September 26 at 10:00 PM from home to his girlfriend's house in Silver Spring, Maryland (address would be provided to Pretrial Services). They would depart at around 12:00 AM to drive to Kissimmee, Florida with her, her sister, and her parents by car.

- They plan to arrive in Kissimmee Florid on Saturday, September 27 between approximately 1:00–3:00 PM to stay at the Westgate in Orlando at 7700 Westgate Blvd, Kissimmee, FL 34747.

- Mr. Rodriguez would return on Wednesday, October 1, leaving Florida around 8:00 AM and arriving back in Maryland late that night between 11:00 PM–12:00 AM.

8. Mr. Rodriguez will maintain his GPS monitoring during the course of all the travel as well as his additional conditions of release, provide the names and information of his girlfriend, her sister, and her parents to pretrial as well as the location of all stops. Mr. Rodriguez could also maintain his curfew by remaining at the resort between the hours of 10:00 pm and 6:00 am.

9. Mr. Rodriguez has been compliant with his conditions of release since his release approximately one month ago.

WHEREFORE, the Defendant respectfully requests that this Honorable Court permit Mr. Rodriguez to travel to Florida.

.

                              Respectfully submitted,

                              SCROFANO LAW PC

By: _____
Joseph A. Scrofano
Bar no.: 994083
600 F Street NW
Suite 300
Washington, DC 20001
Ph: 202-870-0889
jas@scrofanolaw.com

3